AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Securities and Exchange Commission ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:13-cv-01894-JGK |
| Rajarengan (a/k/a Rengan) Rajaratnam ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Rajarengan (a/k/a Rengan) Rajaratnam                                                                .

Date:   04/25/2013

/s/ Vinoo P. Varghese
*Attorney's signature*

Vinoo P. Varghese  3960945
*Printed name and bar number*

Varghese & Associates, P.C.
65 Broadway
7th Floor
New York, New York 10006
*Address*

info@vargheselaw.com
*E-mail address*

(212) 430-6469
*Telephone number*

(646) 292-5169
*FAX number*