# LANKLER SIFFERT & WOHL LLP
### ATTORNEYS AT LAW

500 FIFTH AVENUE
NEW YORK, N.Y. 10110-3398
WWW.LSWLAW.COM

TELEPHONE (212) 921-8399
TELEFAX     (212) 764-3701

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12/23/13

December 20, 2013

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    SEC v. Rajarengan Rajaratnam, 13 Civ. 1894 (JGK)

Dear Judge Koeltl:

    We are counsel for the parties in the above-captioned matter. This matter involves alleged insider trading by the defendant, who is also the subject of a parallel criminal proceeding pending before the Honorable Naomi Reice Buchwald, *USA* v. *Rajaratnam*, 13 Cr. 211. On November 14, 2013, this Court entered an order staying the case until May 1, 2014 and instructing the parties to report to the Court on the status of the criminal case after the status conference on November 21.

    The U.S. Attorney's Office produced the bulk of its Rule 16 discovery to the defendant on November 19, 2013. On November 21, Judge Buchwald held a status conference, but no schedule was ordered. On December 19, 2013, Judge Buchwald held another status conference and set a trial date of June 17, 2014.

    In light of the status of the criminal proceeding, the parties respectfully request that this Court continue the stay of this matter until the conclusion of the criminal trial, which should have occurred by July 17, 2014. The parties will further update the Court on the status of the criminal case should the schedule change, and the status of this case can be revisited then if necessary.

*Application granted.
Case stayed until 7/17/14.
So ordered.*

*John G. Koeltl
U.S.D.J.
12/23/13*

LANKLER SIFFERT & WOHL LLP

Hon. John G. Koeltl
December 20, 2013
Page 2

We are available at the Court's convenience should the Court have any questions.

Respectfully Submitted,

| s/ John P. Henderson | s/ Daniel M. Gitner |
|---|---|
| John P. Henderson<br>Matthew D. Watkins<br>Attorneys for the Plaintiff Securities and Exchange Commission | Daniel M. Gitner<br>David C. Tobin<br>Attorneys for Defendant Rajarengan Rajaratnam |