LANKLER SIFFERT & WOHL LLP
ATTORNEYS AT LAW

500 FIFTH AVENUE
NEW YORK, N.Y. 10110-3398
WWW.LSWLAW.COM

TELEPHONE (212) 921-8399
TELEFAX    (212) 764-3701

July 17, 2014

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/18/14

Re:   SEC v. Rajarengan Rajaratnam, 13 Civ. 1894 (JGK)

Dear Judge Koeltl:

We are counsel for the parties in the above-captioned matter, which was filed at the same time as a parallel criminal proceeding before the Honorable Naomi Reice Buchwald, *United States v. Rajaratnam*, 13 Cr. 211. On July 1, 2014, Judge Buchwald dismissed two securities fraud counts, pursuant Federal Rule of Criminal Procedure 29. On July 8, 2014, a jury returned a verdict of not guilty on the remaining conspiracy count. A Judgment of Acquittal was entered on July 11, 2014. *See United States v. Rajaratnam*, 13 Cr. 211 (S.D.N.Y.) (ECF No. 132). This Court, meanwhile, entered an order on December 23, 2013, staying the case through today, July 17, 2014.

In an effort to discuss resolving the pending litigation, the parties jointly request that this Court continue the stay of this matter for another sixty days, through and including September 15, 2014.

LANKLER SIFFERT & WOHL LLP

Hon. John G. Koeltl
July 17, 2014
Page 2

We are available at the Court's convenience should the Court have any questions.

Respectfully submitted,

| *[signature]* | *[signature]* |
|---|---|
| John P. Henderson | Daniel M. Gitner |
| Matthew D. Watkins | Michael D. Longyear |
| U.S Securities & Exchange Commission | Lankler Siffert & Wohl LLP |
| 3 World Financial Center | 500 Fifth Avenue, 33rd Floor |
| New York, NY 10281 | New York, NY 10110 |
| (212) 336-0089 | (212)-921-8399 |
| hendersonj@sec.gov | dgitner@lswlaw.com |
| *Attorneys for the Plaintiff Securities and Exchange Commission* | *Attorneys for Defendant Rajarengan Rajaratnam* |

SO ORDERED.

Dated: July 17, 2014

*[signature]*
Hon. John G. Koeltl, U.S.D.J.