LANKLER SIFFERT & WOHL LLP

ATTORNEYS AT LAW

500 FIFTH AVENUE
NEW YORK, N.Y. 10110-3398
WWW.LSWLAW.COM

TELEPHONE (212) 921-8399
TELEFAX    (212) 764-3701

October 8, 2014

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

  Re: **SEC v. Rajarengan Rajaratnam, 13 Civ. 1894 (JGK)**

Dear Judge Koeltl:

  We are counsel for the parties in the above-captioned matter, which was filed at the same time as a parallel criminal proceeding before the Honorable Naomi Reice Buchwald, *United States* v. *Rajaratnam*, 13 Cr. 211.  We write to update the Court on the status of our efforts to resolve the pending litigation.

  Following Mr. Rajaratnam's acquittal in the criminal matter in July, this Court has granted two requests from the parties for stays of 60 and then 30 days, until October 15, 2014, to give the parties time to discuss a resolution of the pending litigation.  The parties have engaged in meaningful discussions regarding the matter but will be unable to finalize any resolution prior to the expiration of the current stay.

  Accordingly, the parties jointly request that this Court extend the stay of this matter for an additional sixteen days, through and including October 31, 2014, to allow the parties to continue their discussions and to resolve the matter.

LANKLER SIFFERT & WOHL LLP

Hon. John G. Koeltl
October 8, 2014
Page 2

We are available at the Court's convenience should the Court have any questions.

Respectfully submitted,

| | |
|---|---|
| _____ | _____ |
| John P. Henderson | Daniel M. Gitner |
| Matthew D. Watkins | Michael D. Longyear |
| U.S. Securities & Exchange Commission | Lankler Siffert & Wohl LLP |
| 3 World Financial Center | 500 Fifth Avenue, 34th Floor |
| New York, NY 10281 | New York, NY 10110 |
| (212) 336-0089 | (212) 921-8399 |
| hendersonj@sec.gov | dgitner@lswlaw.com |
| | |
| *Attorneys for Plaintiff U.S. Securities and Exchange Commission* | _____ |
| | David C. Tobin |
| | Tobin, O'Connor & Ewing |
| | Chevy Chase Pavilion |
| | 5335 Wisconsin Avenue, Suite 700 |
| | Washington, DC 20015 |
| | (202) 536-3359 |
| | |
| | *Attorneys for Defendant Rajarengan Rajaratnam* |

**SO ORDERED.**

Dated: October ___, 2014

_____
Hon. John G. Koeltl, U.S.D.J.