UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,         13 Civ. 1894 (JGK)

       - against -              ORDER

RAJARENGAN RAJARATNAM,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The Court received a letter from Craig Wireless Systems, Ltd. on December 6, 2017. If the defendant wishes to respond to that letter, the deadline for a response is **January 12, 2018**.

SO ORDERED.

Dated:    New York, New York
           December 22, 2017

                                    John G. Koeltl
                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12-26-17